UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 94-14088-CR-MOORE

UNITED STATES OF AMERICA,

       Plaintiff(s),

vs.

ROBERT HAROLD BITTLE,

       Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation [41] on Amended Petition for Violation of Supervised Release, issued December 1, 2006. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued December 1, 2006 is hereby **ADOPTED**. Defendant is found to have violated terms of supervised release and a sentencing date has been set for March 5, 2007 at 10:30 a.m. in Ft. Pierce, Florida.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of December, 2006.

                                        K. MICHAEL MOORE
                                        UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record